# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

       Plaintiff,

       v.                                 Civil Action No. 10-CV-208

ELIZABETH J. HOPKINS,

       Defendant.                **VOLUNTARY DISMISSAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff, UNITED STATES OF AMERICA, hereby dismisses without prejudice the above-captioned action without costs to either party.

Dated: April 28, 2010

IT IS SO ORDERED:

_David E. Peebles_
David E. Peebles
U.S. Magistrate Judge
Dated: April 29, 2010
Syracuse, NY

RICHARD S. HARTUNIAN
United States Attorney
P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261-7198

/S

By: _____

Charles E. Roberts
Assistant U.S. Attorney
Bar Roll No. 102454